1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8

   Attorneys for Defendant
9
                        UNITED STATES DISTRICT COURT
10                      EASTERN DISTRICT OF CALIFORNIA
                              **SACRAMENTO DIVISION**
11

12 CHERRHONDA LEE ANN CLARK,           )
                                       )   Case No.  CIV-2:12-cv-00479-CMK
13              Plaintiff,             )
                                       )   STIPULATION AND ORDER
14       v.                            )   FOR A FIRST EXTENSION FOR
                                       )   DEFENDANT TO FILE NOTICE, MOTION,
15 COMMISSIONER OF                     )   AND MEMORANDUM IN SUPPORT OF
   SOCIAL SECURITY,                    )   CROSS-MOTION FOR SUMMARY
   Michael Astrue                      )   JUDGMENT AND IN OPPOSITION TO
16                                     )   PLAINTIFF'S MOTION FOR SUMMARY
                Defendant.             )   JUDGMENT
17                                     )
   _____ )
18

19       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have 30-day extension, or until November 13, 2012, in which to file

21 his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23       This is Defendant's first request for an extension of time in this matter.

24

25                                     Respectfully submitted,

26 Dated: October 12, 2012             */s/ Ann M. Cerney*
                                       (as authorized via e-mail)
27                                     ANN M. CERNEY
                                       Attorney for Plaintiff
28

BENJAMIN WAGNER
United States Attorney

Dated: October 12, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 15, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2