```
1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| CHERRHONDA LEE ANN CLARK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> Michael Astrue ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. CIV-2:12-cv-00479-CMK <br><br> STIPULATION AND ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have 30-day extension, or until December 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

   The undersigned counsel for the Defendant has exercised due diligence in managing her caseload and makes this request as a result of a heavy briefing schedule. In this matter, in the coming week the undersigned counsel for the Defendant has dispositive briefs due in the following matters: *Torafson v. Astrue* (NDCA) 5:12-cv-01649-EJD, *Johnson v. Astrue* (NDCA) 4:12-cv-1580-PJH, and *Morris-Hawkes v. Astrue* (EDCA) 3:12-cv-00483-SMS.

/ / /

This request is not intended to cause intentional day. This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: November 13, 2012       */s/ Ann M. Cerney*
(as authorized via e-mail)
ANN M. CERNEY
Attorney for Plaintiff


BENJAMIN WAGNER
United States Attorney

Dated: November 13, 2012       By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 16, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE