1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| CHERRHONDA LEE ANN CLARK, ) | |
|            Plaintiff, ) | Case No. CIV-2:12-cv-00479-CMK |
|      v. ) | STIPULATION AND ORDER FOR A 14-DAY EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, Michael Astrue ) | |
|            Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have 14-day extension, or until January 4, 2013, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

The undersigned counsel for the Defendant requires additional time to consult with her client regarding significant matters in this case. This request is not intended to cause intentional delay. This is Defendant's third request for an extension of time in this matter.

Respectfully submitted,

Dated: December 13, 2012   */s/ Ann M. Cerney*
(as authorized via e-mail)
ANN M. CERNEY

|   |   |
|---|---|
|   | Attorney for Plaintiff |
|   |   |
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: December 13, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 2, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE