1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                         **SACRAMENTO DIVISION**
11
   CHERRHONDA LEE ANN CLARK,       )
12                                 )   Case No.  CIV-2:12-cv-00479-CMK
              Plaintiff,           )
13                                 )   STIPULATION AND ORDER
        v.                         )   FOR REMAND PURSUANT TO SENTENCE
14                                 )   FOUR OF 42 U.S.C. § 405(g)
   COMMISSIONER OF                 )
15 SOCIAL SECURITY,                )
   Michael Astrue                  )
16                                 )
              Defendant.           )
17                                 )
   _____ )
18
         IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
19
   record, that this action be remanded to the Commissioner of Social Security for further administrative
20
   action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence
21
   four.
22
         On remand, the administrative law judge (ALJ) is directed to: (1) update the treatment evidence on
23
   the claimant's medical condition; (2) develop the record by forwarding the claimant's school records to
24
   Dr. Wakefield for consideration, or, alternatively, obtain a new psychological consultative examination;
25
   (3) if warranted, obtain evidence from a medical expert to clarify the nature and severity of the
26
   claimant's mental impairment and whether she meets or equals Listing 12.05C; (4) articulate how the
27
   severity of all medically determinable mental impairments was evaluated under the special technique; (5)
28
   explain how the credibility of the claimant's subjective complaints was evaluated in light of the

comments above; (6) expressly evaluate the treating, examining, and non-examining medical source opinions in addition to the non-medical opinions cited above and explain the reasons for the weight he gives to this opinion evidence; (7) further consider the claimant's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (8) further consider whether the claimant has past relevant work she could perform with the limitations established by the evidence; (9) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base; and (10) consolidate and consider together the claimant's subsequent application for concurrent benefits filed on June 20, 2011, denied at the initial level.

Respectfully submitted,

Dated: December 26, 2012         */s/ Ann M. Cerney*
                                 (as authorized via telephone)
                                 ANN M. CERNEY
                                 Attorney for Plaintiff

                                 BENJAMIN WAGNER
                                 United States Attorney

Dated: December 26, 2012         By */s/ Elizabeth Barry*
                                 ELIZABETH BARRY
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 7, 2013

                                 _____
                                 **CRAIG M. KELLISON**
                                 UNITED STATES MAGISTRATE JUDGE