1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  GRACE M. KIM SBN IL 6203390
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5       160 Spear Street, 8th Floor
        San Francisco, California 94105
6       Telephone: (415) 977-8972
        Facsimile: (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

9

             UNITED STATES DISTRICT COURT
10            EASTERN DISTRICT OF CALIFORNIA
                    **SACRAMENTO DIVISION**
11

12 CHERRHONDA LEE ANN CLARK,    )
                                )   Case No.  CIV-2:12-cv-00479-CMK
13           Plaintiff,         )
                                )   STIPULATION FOR THE AWARD AND
14      v.                      )   PAYMENT OF ATTORNEY FEES PURSUANT
                                )   TO THE EQUAL ACCESS TO JUSTICE ACT,
15 COMMISSIONER OF              )   28 U.S.C. § 2412(d)
   SOCIAL SECURITY,             )
16                              )
             Defendant.         )
17 _____)

18      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

19 subject to the approval of the Court, that Cherrhonda Lee Ann Clark will be awarded attorney fees in the

20 amount of four-thousand and ninety-four dollars and fifty-five cents ($4,094.55) under the Equal Access

21 to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services

22 rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28

23 U.S.C. § 2412(d). Plaintiff further withdraws her Petition for Attorney's Fees (Doc. 25) in favor of this

24 stipulation.

25      After the Court issues an order for EAJA fees to Cherrhonda Lee Ann Clark, the Defendant will

26 consider any assignment of EAJA fees to Ann M. Cerney. Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521,

27 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject

28 to any offset allowed under the United States Department of the Treasury's Offset Program. After the

order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Cherrhonda Lee Ann Clark, but if the Department of the Treasury determines that Cherrhonda Lee Ann Clark does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the Ann M. Cerney, pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to Ann M. Cerney.

This stipulation constitutes a compromise settlement of Cherrhonda Lee Ann Clark's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Cherrhonda Lee Ann Clark and/or Ann M. Cerney may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Ann M. Cerney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: May 8, 2013

*/s/ Ann M. Cerney*
(as authorized via telephone)
ANN M. CERNEY
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: May 8, 2013

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 15, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2